**EXHIBIT 2:** INFRINGEMENT #1

URL: https://www.facebook.com/photo/?fbid=10163006011522818&set=pb.100063660785387.-2207520000



**EXHIBIT 2:** INFRINGEMENT #2
URL: htttps://www.facebook.com/photo/?fbid=10163006013857818&set=pb.100063660785387.-2207520000



**EXHIBIT 2:** INFRINGEMENT #3
URL: https://www.instagram.com/p/CtCzUYNv1o3

